1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

PAUL R. WARREN,                                      ) Case No. CV 13-3627-JAK (JEM)
                                                     )
                            Petitioner,              )
                                                     )
            v.                                       ) MEMORANDUM AND ORDER DISMISSING
                                                     ) PETITION WITH LEAVE TO AMEND
RALPH M. DIAZ, Warden,                               )
                                                     )
                            Respondent.              )
_____                 )

        On May 21, 2013, Paul R. Warren ("Petitioner"), a state prisoner proceeding pro
se, filed a petition for writ of habeas corpus, in which he challenges his 1983 state court
conviction.

        The Court's review of the Petition reveals that it is deficient in that Petitioner has
failed to use the approved Central District habeas form for a person in state custody.
See Rule 2(d) of the Rules Governing Section 2254 Cases in the United States District
Courts (authorizing the District Court by Local Rule to require that habeas petitions be
filed in a form prescribed by the Local Rule); Local Rule 83-16.1.

        Accordingly, the Petition is **DISMISSED WITH LEAVE TO AMEND**.  If Petitioner
elects to pursue this action, he is **ORDERED** to file an amended petition using the
proper habeas form within **thirty (30) days** of the date of this Order.  The clerk is

1

1  directed to send Petitioner a blank form Petition for Writ of Habeas Corpus By a Person

2  In State Custody (28 U.S.C. § 2254) for this purpose.

3       The amended petition shall reflect the same case number as the petition, be

4  clearly labeled "First Amended Petition," and be filled out completely.  In Paragraph 7 of

5  the First Amended Petition, Petitioner shall specify **separately and concisely** each

6  federal constitutional claim that he is pursuing and answer all of the questions pertaining

7  to each such claim.  If Petitioner attaches a supporting memorandum of points and

8  authorities, the arguments therein should correspond to the claims listed in Paragraph 7

9  of the habeas petition form and should not include any additional claims.

10       Petitioner shall immediately notify the Court of any change to Petitioner's

11  address.  If Petitioner fails to keep the Court informed of where Petitioner may be

12  contacted, this action will be subject to dismissal for failure to prosecute and failure to

13  comply with a court order.  See Local Rule 41-6.

14       Finally, Petitioner is cautioned that his failure to file a First Amended Petition by

15  **July 5, 2013**, may result in a recommendation that this action be dismissed without

16  prejudice for failure to prosecute and/or failure to comply with a court order.  No

17  extension of this deadline will be granted absent a showing of good cause.

18       **IT IS SO ORDERED.**

19

20  DATED: June 4, 2013           /s/ John E. McDermott

21                               JOHN E. MCDERMOTT
                        UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28